Hunter *against* Longmin.

*December, 1822.*

WHEN this case was regularly called on the docket no person appeared to prosecute the writ of Error. Errors had been assigned. The defendant in Error moved for an affirmance.

If plaintiff in Error does not appear when the case is called, the judgment will be affirmed.

*By the Court.*—Let the judgment be affirmed with damages according to the Act of Assembly.